IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JASON J. BRYAN-DONALD, | Case No. C25-5810-SKV |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Commissioner will give further consideration to the claimant's maximum residual functional capacity and, in so doing, evaluate the medical source opinions pursuant to the provisions of 20 C.F.R. § 416.290c; offer the claimant the opportunity for a hearing; take further action to complete the administrative record resolving the above issues; and issue a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

///

///

///

Page 1    [PROPOSED] ORDER
C25-5810-SKV

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 12th day of March, 2026.

_____
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Sarah Moum
Sarah Moum
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (206) 615-2936
Email: sarah.moum@ssa.gov

Page 2     [PROPOSED] ORDER
              C25-5810-SKV